JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Xerox Corp., <br><br> Plaintiff, <br><br> v. <br><br> Towne, Inc., <br><br> Defendant(s). | SACV 12-00295 JVS (ANx) <br><br> ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

   IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED:   August 8, 2012

_____
James V. Selna
United States District Judge